*John K. Davis* and *W. W. Mundy,* contra.

---

### WINN, administrator, *v.* BRIDGES.

LUMPKIN, J. The suit in this case having been brought by one alleging himself to be administrator of a decedent, and the defendant claiming by purchase under one of the heirs of such decedent, the evidence did not so clearly demand a verdict in favor of the plaintiff, at least as to the entire interest in the land, as to require the reversal of a first grant of a new trial after the rendition of such a verdict in favor of the plaintiff.          *Judgment affirmed. All the Justices concur.*
NOVEMBER 14, 1912.

Complaint for land. Before Judge Edwards. Polk superior court. December 15, 1911.

*J. S. James,* for plaintiff.

*W. T. Roberts* and *J. R. Hutcheson,* for defendant.